```
                  IN THE UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF ARKANSAS
                          FAYETTEVILLE DIVISION
```

CRIMINAL NO. 13-50028-001              USA v. SHAWN DEVLIN JONES

COURT PERSONNEL:                       APPEARANCES:

Judge: JIMM LARRY HENDREN              Govt. BRANDON CARTER

Clerk: GAIL GARNER                     Deft. REX EARL STARR

Reporter: THERESA SAWYER


### SENTENCING MINUTE SHEET


On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Defendant withdraws objections to PSR in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted by court and 4-level departure awarded.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    135 months imprisonment; 5 years supervised release; $17,500.00 fine - interest waived.

Criminal No. 13-50028-001

    (X)   Defendant ordered to comply with standard conditions of supervised release.
    (X)   Defendant ordered to comply with the following special conditions of supervised release:

          Submit person, residence, place of employment, and vehicle to a search conducted by the USPO upon request.

          Submit to inpatient/outpatient substance abuse testing/treatment at direction of USPO.

    (X)   Defendant ordered to pay total special assessment of $100.00, for count 4, which shall be due immediately.
    (X)   Counts 1-3 dismissed on motion by the government.
    (X)   Defendant advised of right to appeal sentence imposed.
    (X)   Defendant advised of right to apply for leave to appeal in forma pauperis.
    (X)   Defendant remanded to custody of USMS.


DATE: FEBRUARY 12, 2014        Proceeding began: 10:33 am

                                              ended: 11:21 am