IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                           Criminal No. 5:13CR50028-001

SHAWN DEVLIN JONES
  a/k/a Shawn Delvin Jones

## FINAL ORDER OF FORFEITURE

On May 13, 2013, the Court entered a Preliminary Order of Forfeiture in this case in

accordance with Fed.R.Crim. P. 32.2(b) (Doc. 14).   In the Preliminary Order of Forfeiture,

1. $85,129.00 United States Currency;
2. 2005 Polaris A WD Four Wheeler, VIN #4XAMH76A55A378052;
3. Texas Bragg trailer, VIN # 17XFP121451 058355;
4. Mossberg 20ga shotgun, S/N K294966
5. Revelation/Savage Arms 12ga shotgun, S/N D205675;
6. Ruger 10/22 .22cal. rifle, S/N 113-56107;
7. Mossberg 12ga shotgun, S/N J975969;
8. Professional Ordinance, S/N C01201;
9. Remington 870 12ga shotgun, S/N A619067M;
10. Colt 7.62.308 cal. S/N LH001674;
11. Chilno Mouser model 1895, S/N F8518;
12. Mossberg 12ga shotgun, S/N L212835;
13. EAA Corp. 12 ga shotgun, S/N 034751OB;
14. K-Mart .22 cal. rifle, S/N 48084;
15. Rifle of unknown make/model, S/N L5315;
16. Rifle of unknown make/model, S/N BE2175;
17. Llama .44mag revolver, S/N RA0035;
18. Smith & Wesson SW99, .40 cal., S/N SAJ1585;
19. Thompson Center.44 mag, S/N 132255;
20. Swarquski .44mag, model 252, S/N 900252;
21. Ruger Vaquero .45 cal., S/N 58-78880;
22. Kel-Tee .380 cal., S/N removed/obliterated;
23. Kel-Tee .32 cal., S/N removed/obliterated;
24. Iver Johnson revolver, S/N 24818;
25. Ruger P89 9mm, S/N 31057077;
26. Colt Defender .45 cal., S/N GAO 1844;

1

27. Ruger Red Hawk, .44 mag, S/N 50008156;
28. Colt MK4 .45 cal., S/N FG19539;
29. HR Compo revolver, S/N AE82929;
30. Iver Johnson model 50 Sidewinder .22 cal., S/N E13736

were forfeited to the United States pursuant to 18 U.S.C. § 982 and Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1).   On June 17, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov.   No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1.   That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 13, 2013, shall become final at this time.

IT IS SO ORDERED this 12 day of _____, 2014

HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 1 2 2014

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

2