IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                    CASE NO. 5:13-CR-50028-001

SHAWN DEVLIN JONES                                                DEFENDANT

ORDER

Now pending before the Court is the Report and Recommendation (Doc. 42) filed on January 25, 2018, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas, regarding Defendant Shawn Devlin Jones's Motion for Reduction of Sentence (In Particular Fine Imposed) (Doc. 40). More than fourteen days have passed since the filing of the Report and Recommendation, and no objections were submitted to the Court. The Court therefore **ADOPTS** the Report and Recommendation (Doc. 42) and **DENIES** Defendant's Motion (Doc. 40).

**IT IS SO ORDERED** on this 16th day of February, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE